# DECISIONS IN CASES NOT REPORTED.

## FIFTH DEPARTMENT, JANUARY TERM, 1886.

Mary Murray, as Administratrix, Appellant, v. Arthur G. Fox and others, Respondents. — Judgment affirmed, with costs. Opinion by Brady, J., Smith, P. J., concurred; Barker, J., dissenting; Haight, J., not sitting.

John T. Williams and another, Appellants, v. George M. Whedon, as Survivor, etc., Respondent. — Judgment affirmed, with costs.

Margaret Boyle, Respondent, v. Sabra Lawton, Appellant. — Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.; Haight, J., not sitting.

Lydia J. McGarrity, Respondent, v. Arthur W. McGarrity, Appelllant. — Order affirmed, without costs. Opinion by Barker, J.; Haight, J., not sitting.

F. Minerva Shepard, Administratrix, etc., Respondent, v. Gardner D. Mercer, Appellant — Judgment affirmed. Opinion by Barker, J.; Haight, J., not sitting.

Maria Shaw, as Administratrix, etc., Respondent, v. Lydia McMillen, Appellant. — Judgment and order reversed, and new trial granted, with costs to abide the event. Opinion by Brady, J.; Haight, J., not sitting.

In the Matter of the Judicial Settlement of the accounts of Mary Balzer, Administratrix, etc.— Decree affirmed, without costs. Opinion by Smith, P. J.; Haight, J., not sitting.

William J. Lormore and another, Plaintiff, v. Esek Page, Defendant. — Motion for new trial denied, and judgment ordered for the plaintiff on the verdict. Opinion by Barker, J.; Bradley, J., not sitting.

Jonathan I. Lindsley and others, Respondents, v. Roxey A. Shipp, as Executrix, etc., Appellant. — Judgment reversed, and a new trial granted before another referee, costs to abide event, unless the plaintiff stipulates within twenty days to reduce the damages to the sum of $691.83 with interest thereon from January 17, 1883, in which case the judgment, as so reduced, is affirmed, without costs of this appeal to either party. Opinion by Haight, J.

The People of the State of New York, Respondent, v. William Cook, Appellant. — Declined to be considered for the reason that no judgment appears in the record.

Anna Moffatt, Respondent, v. William Moffatt, Appellant. — Each order appealed from reversed, with ten dollars costs and disbursements to the appellant in one case only. Opinion by Smith, P. J.

Ozias H. Gibbs, Respondent, v. Simeon B. Manley, Appellant. — Judgment affirmed, with costs. Opinion by Bradley, J.

Alonzo Bradner and another as executors, etc., Plaintiffs, v. Lauren C. Woodruff and others, Defendants. — Order affirmed, with ten dollars costs and disbursements. Opinion by Smith, P. J.

Helen Moore and others, Plaintiffs, v. Allison Oviatt and another, Defendants. — Motion for a new trial denied, with costs on the opinion of the referee.

James F. Childs, Appellant, v. George C. Gordon, Respondent, Impleaded, etc. — Judgment affirmed Opinion by Haight, J.

Thomas C. Parkhurst, Respondent, v. Lena Mitchell, Appellant. — Judgment of the County Court affirmed, only one argument fee in this court allowed. Opinion by Barker, J.

The First National Bank of Batavia, Respondent, v. Horatio N. Ege and another, Appellants. — Judgment affirmed. Opinion by Bradley, J.

Valentine Cropsey, Appellant, v. Philetus R. Perry, Respondent. — Judgment affirmed. Opinion by Haight, J.

Thomas Moore, Respondent, v. John Gifford, Appellant. — Judgment affirmed. Opinion by Bradley, J.

Elsie Schoonover, Respondent, v. Oscar Beach, Appellant. — Judgment and order affirmed. — Opinion by Barker, J.; Haight, J., not sitting.

Erastus N. Lee, Respondent, v. The New York, Lake Erie and Western Railroad Company, Appellant — Judgment affirmed on the opinion of the county judge.

James W. Mead and another, Respondents v. J. H. Gordon and another, Appellants.— Judgment and order reversed and a new trial ordered, costs to abide event. Opinion by Smith, P. J.; Haight, J., not sitting.

Daniel Lane, Respondent, v. The New York Lake Erie and Western Railroad Company, Appellant. — Judgment affirmed. Opinion by Barker, J.

John C. Johnston, Appellant, v. Clarence T. McManus, Respondent. — Judgment affirmed. Opinion by Haight, J.

William Holdridge, Appellant. v. Eurydice L Hicks and others, Respondents.— Judgment affirmed, except as to the Judson bond and mortgage, and in respect to them reversed, and a new trial granted, neither party to have costs of this appeal as against another. Opinion by Smith, P. J.

First National Bank of Penn Yan, Respondent. v. George Bruen, Appellant.— Judgment affirmed. Opinion by Haight, J.; dissenting opinion by Barker, J.

James Lennon, Respondent, v. Amasa Miles, Appellant — Judgment and order reversed, and new trial ordered in the Ontario County Court, with costs to abide the event, unless the plaintiff stipulates within twenty days to deduct from the judgment the sum of five dollars with interest thereon from the first day of December, 1879, to the date of th eentry of judgment, in which case the judgment as so modified and the order are affirmed, with costs to the respondent.

John H. Wilson, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs. Opinion by Barker, J.

Anson C. Kennicutt, Appellant, v. Joshua Parmalee, Respondent.— Order granting new trial affirmed, with costs to abide the event on the opinion of Lewis, J.

William H. Harris, Plaintiff, v. Henry S. Mackie, Defendant.— Motion for new trial denied and judgment ordered for the defendant on the nonsuit. Bradley, J., not sitting.

Lina Mullen, an infant by guardian Respondent, v. Asbury Christian, Appellant. Impleaded, etc.— Judgment and order affirmed.

Franklin Simmons and others, Respondents, v. Albertus Larrowe, Appellant.— Judgment affirmed on the opinion of the referee.

Thomas Collins, Respondent, v. The New York Central and Hudson River Railroad Company, Appellant.—Judgment and order affirmed. Opinion by Haight, J.

Edwin Williams, Respondent v. James McAllister Appellant.— Judgment and order appealed from reversed, and demurrer sustained with costs, with leave to the plaintiff to amend complaint within twenty days on payment of the costs of this appeal and of the demurrer. Opinion by Smith, P. J